Robert C. Niesley, Esq., Bar No. 131373
rniesley@wthf.com
Sonia N. Linnaus, Esq., Bar No. 252425
slinnaus@wthf.com
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
2040 Main Street, Suite 300
Irvine, California  92614
Telephone:  949-852-6700
Facsimile:    949-261-0771

JS-6

Attorneys for Plaintiff
Travelers Casualty and Surety Company of America

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ASHBY USA, LLC; JUSTIN K. ASHBY; RICHARD K. ASHBY; DEANNA W. ASHBY; DEIRDRE ASHBY; ASHBY DEVELOPMENT COMPANY, INC.; BUTTERFIELD DEVELOPMENT COMPANY, INC.; ASHBY FINANCIAL COMPANY, INC.; THE JUSTIN ASHBY IRREVOCABLE TRUST; THE DEIRDRE ASHBY IRREVOCABLE TRUST; R & D ASHBY LIVING TRUST,<br><br>Defendants. | Case No.  CV 07-08321 SJO (PJWx)<br><br>**JUDGMENT**<br><br>Honorable S. James Otero |

PURSUANT TO COURT'S ORDER APPROVING THE STIPULATED JUDGMENT AND CONSENT DECREE FILED BY THE PARTIES, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

FINAL JUDGMENT is hereby entered in favor of Plaintiff TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA against all Defendants,

ASHBY USA, LLC; RICHARD K. ASHBY; DEANNA W. ASHBY; JUSTIN K. ASHBY; DEIRDRE ASHBY; ASHBY FINANCIAL COMPANY, INC.; ASHBY DEVELOPMENT COMPANY, INC.; BUTTERFIELD DEVELOPMENT COMPANY, INC.; THE JUSTIN ASHBY IRREVOCABLE TRUST; THE DEIRDRE ASHBY IRREVOCABLE TRUST; and R & D ASHBY LIVING TRUST (collectively, "Defendants"), jointly and severally, in the principal sum of nine million two hundred thousand dollars and no cents ($9,200,000.00); and

IT IS FURTHER ORDERED that nothing herein shall alter the rights of the Parties under the Court's Order Approving the Stipulated Judgment and Consent Decree and the terms of the Stipulated Judgment and Consent Decree executed by the Parties relating to the above-referenced action, which shall remain in full force and effect and over which this Court hereby retains its jurisdiction following entry of this Judgment as set forth in the Court's Order Approving Stipulated Judgment and Consent Decree.

**IT IS SO ORDERED.**

10/17/08                              /S/  S. James Otero

DATED: _____     _____
                             Honorable S. James Otero
                             United States District Court Judge

IRVINE 133786.1 102471.005