**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>ASHBY USA, LLC, et al.<br><br>            Defendants. | NO. CV 07-08321 SJO (PJWx)<br><br>**AMENDED JUDGMENT** |

PURSUANT TO COURT'S ORDER APPROVING THE STIPULATED JUDGMENT AND CONSENT DECREE FILED BY THE PARTIES, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

FINAL JUDGMENT is hereby entered in favor of Plaintiff TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA against Defendants ASHBY USA, LLC, RICHARD K. ASHBY, DEANNA W. ASHBY, ASHBY FINANCIAL COMPANY, INC., ASHBY DEVELOPMENT COMPANY, INC., BUTTERFIELD DEVELOPMENT COMPANY, INC., THE JUSTIN ASHBY IRREVOCABLE TRUST, THE DEIRDRE ASHBY IRREVOCABLE TRUST, and R & D ASHBY LIVING TRUST, jointly and severally, in the principal sum of nine million two hundred thousand and no cents ($9,200,000.00);

1    IT IS FURTHER ORDERED that Defendants JUSTIN K. ASHBY and DEIRDRE ASHBY
2 are dismissed without prejudice from the instant action, subject to the terms and conditions of the
3 Stipulated Judgment and Consent Decree; and
4    IT IS FURTHER ORDERED that nothing herein shall alter the rights of the Parties under
5 the Court's Order Approving the Stipulated Judgment and Consent Decree and the terms of the
6 Stipulated Judgment and Consent Decree executed by the Parties relating to the above-
7 referenced action, which shall remain in full force and effect and over which this Court hereby
8 retains its jurisdiction following entry of this Amended Judgment as set forth in the Court's Order
9 Approving the Stipulated Judgment and Consent Decree.

11    IT IS SO ORDERED.

13 Dated this 18th day of February, 2009.

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE